IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TRACY DAVIS, individually and as parent and guardian of A.D., a minor**
5019 B Street, SE
Washington, DC 20019

        Plaintiffs,

v.

**TRANSPORTATION SECURITY ADMINISTRATION**

Serve:

Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

        Defendant.

Case No. _____

Plaintiffs Tracy Davis, individually and as parent and guardian of A.D., a minor, sue Defendant Transportation Security Administration ("TSA") and allege as follows:

## JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671.

2. This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. §§ 1331 & 1346(b).

3. On April 14, 2014, the Plaintiffs submitted an Administrative Claim for the claim set forth below to the TSA.

4. As more than six months have elapsed since the submission of the Plaintiffs' Administrative Claim, all conditions precedent to a Federal Tort Claims Act have been met.

5. Venue is properly with this District under 28 U.S.C. § 1402(b) as the acts that are the subject of this Complaint occurred within the District of Columbia.

## THE PARTIES

6. Plaintiff Tracy Davis and her daughter, A.D., are residents of the District of Columbia.

7. The TSA is an agency of the United States Government and is therefore an appropriate defendant under the Federal Tort Claims Act.

## GENERAL ALLEGATIONS

8. On January 21, 2013, at approximately 3:20 p.m., Plaintiffs Tracy Davis and her daughter, A.D., were attending the presidential inauguration parade in the District of Columbia.

9. After the parade ended, the Plaintiffs approached the Metro Center subway station escalator in order to take the subway home.

10. At that date and time, a K-9 officer was standing by the Metro Center subway station with a K-9 dog that was, upon information and belief, owned by Defendant TSA.

11. Upon information and belief, at all times relevant, the K-9 officer was acting with the express permission and/or consent of Defendant TSA; and/or was acting within the course and scope of his employment as the agent, servant and/or employee of Defendant TSA.

12. As the Plaintiffs were about to step onto the escalator to enter the subway station, the K-9 suddenly and ferociously attacked A.D., biting her head and causing her injuries.

## COUNT 1
### (Negligence)

13. Plaintiff adopts and incorporates by this reference paragraphs 1 through 12.

14. Through its agent, servant and/or employee, Defendant TSA owed a duty to the Plaintiffs to control its K-9 and to otherwise act in a reasonable manner to avoid injuring A.D.

15. As stated above, Defendant TSA breached its duty to the Plaintiffs and caused injury to A.D., which constitutes the tort of negligence in the District of Columbia.

16. Under the Federal Tort Claims Act, Defendant TSA is therefore liable for these actions.

WHEREFORE, Plaintiffs Tracy Davis, individually and as parent and guardian of A.D., a minor, demand judgment against Defendant Transportation Security Administration for compensatory damages, reasonable attorney's fees and costs, and such other and further relief that the Court deems just and appropriate.

Respectfully submitted,

MESIROW & ASSOCIATES, PLLC

By: _____
John B. Mesirow (Unified Bar No. 435651)

By: _____
Michael C. Martin, II (Unified Bar No. 1000657)

1307 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
O: (202) 463-0303
F: (202) 861-8858 fax
E: john@metroDClaw.com
E: michael@metroDClaw.com

*Counsel for Plaintiffs*

3

## REQUEST FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all issues of fact herein.

_____
John B. Mesirow